Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>RAY LENAL MCCALL,<br><br>             Defendant. | Case No. 3:04-cr-0070-RRB<br><br>**MOTION TO APPOINT COUNSEL**<br>**Filed on Shortened Time** |

   Defendant, Ray Lenal McCall, through Assistant Federal Defender Mary C. Geddes, in a friend of the court capacity, respectfully moves this court for an order appointing the Federal Public Defender to his case.

   Mr. McCall was previously deemed eligible for public counsel.  He has been incarcerated since 2005.  He has written to this office asking for assistance in the filing of a motion to reduce his sentence following the 'crack' reduction amendment to the United States Sentencing Guidelines.  This office has sent him a "CJA Form 23," which is filed herewith.

///

///

DATED this 21st day of May, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 21, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephan A. Collins, Esq.

/s/ Mary C. Geddes