IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>RAY LENAL MCCALL,<br><br>         Defendant. | Case No. 3:04-cr-0070-RRB<br><br><br>**ORDER APPOINTING COUNSEL**<br>**AND SETTING BRIEFING SCHEDULE** |

On May 21, 2008, Ray Lenal McCall filed a motion for appointment of counsel for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new Sentencing Guidelines with respect to "crack" cocaine.[1]

IT IS THEREFORE ORDERED that:

1.   Mr. McCall's application for appointment of counsel, at Docket 581, is **GRANTED.**  Mary  Geddes is appointed to represent Mr. McCall in this matter.

---

[1]  *See* Docket Nos. 581, 582; *see also  Kimbrough v. United States*, 128 S. Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidelines for United States Courts, 72 Fed. Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c)(2)").

ORDER APPOINTING COUNSEL AND
 SETTING BRIEFING SCHEDULE - 1
3:04-CR-0070-RRB

2.   Counsel for Mr. McCall shall review the record, confer with him, and file a motion under section 3582(c), or other appropriate document, by **July 25, 2008**.

3.   The Government is permitted to file a response within 60 days from the time counsel for Mr. McCall files the motion.

4.   Counsel for Mr. McCall may file a reply within 30 days of the filing of the response.

ENTERED this 23rd day of May, 2008.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE