Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RAY LENAL MCCALL,<br><br>               Defendant. | Case No. 3:04-cr-0070-RRB<br><br>**UNOPPOSED MOTION FOR ONE WEEK EXTENSION IN WHICH TO FILE POST-CONVICTION MOTION FOR RESENTENCING** |

Defendant, Ray Lenal McCall, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a one-week extension of time in which to file a post-conviction motion - seeking resentencing - for the defendant who seeks the benefit of the retroactive crack cocaine amendment to the Sentencing Guidelines. This is a pre-Booker case. Counsel is seeking this extension of time due to the press of business, and she deeply apologizes for this delay. Counsel for the government, Stephan Collins does not oppose any extension of time.

DATED this 25th day of July, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 25, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephan A. Collins, Esq.
Asst. U.S. Attorney
U.S. ATTORNEY'S OFFICE
222 W. Seventh Avenue, #9, Rm 253
Anchorage, AK 99513

/s/ Mary C. Geddes