UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>RAY LENAL MCCALL,<br><br>                    Defendant. | Case No. 3:04-cr-0070-RRB<br>**PROPOSED**<br>**ORDER RE:**<br>**UNOPPOSED MOTION FOR ONE**<br>**WEEK EXTENSION IN WHICH TO**<br>**FILE POST-CONVICTION MOTION**<br>**FOR RESENTENCING** |

       After due consideration of defendant's Unopposed Motion for One Week Extension of Time to File Motion, the court GRANTS the motion.

       DATED _____, 2008, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge