Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>RAY LENAL MCCALL,<br><br>             Defendant. | Case No. 3:04-cr-0070-RRB<br><br>**MOTION FOR RE-SENTENCING** |

Defendant, Ray Lenal McCall, by and through counsel Mary C. Geddes, Assistant Federal Defender, respectfully moves this court pursuant to 18 U.S.C. § 3582(c) for an order reducing the term of imprisonment based on the retroactive amendment to the crack cocaine guidelines, which altered the base offense level in this case.

The defense requests a re-sentencing hearing before the trial judge at the earliest possible opportunity. Ray McCall, who is in the process of being moved to FCI Dublin, will consent to appear by telephone. Mr. McCall's current release date is November 3, 2017.

This motion is supported by the attached memorandum and certificates received by Mr. McCall (Exhibit A) which are filed in support of his application.

DATED at Anchorage, Alaska, this 30th day of July 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 25, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephan A. Collins, Esq.

/s/ Mary C. Geddes