UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>RAY LENAL MCCALL,,<br><br>                    Defendant. | Case No. 3:04-cr-0070-RRB<br><br>**PROPOSED ORDER SCHEDULING<br>RE-SENTENCING HEARING** |

        After due consideration of defendant's Motion for Re-Sentencing, a hearing for re-sentencing is set for _____, 2008, at _____ a.m./p.m.

        DATED this _____ day of _____, 2008.


_____
        Ralph B. Beistline
        United States District Court Judge