# Certificate of Appreciation

*Federal Bureau of Prisons, FCI Safford, Arizona*

*presented to*

## Ray McCall

*For your outstanding assistance in the presentation of FCI Safford's 2008 Black History Month.*

## Black History Month

*February 20, 2008*

_Elizabeth Holloway_
Elizabeth Holloway
Black Affairs Program Manager




# Drug Education

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
FCI-SAFFORD

Certificate of Completion
Presented to

## RAY MCCALL

14925-006

May 09, 2007



W. Wood, Ph.D.,
Drug Abuse Program Psychologist




Exhibit A



Real Estate Techniques

Awarded to

Ray McCall

For Completing 8 Class Hours

March 8, 2006

A. Cantu, A.C.E. Coordinator

C. Petersen, Supervisor of Education

Certificate of Completion

Awarded to

**Ray McCall**

For the Successful Completion of

Corporate Structure

January 17, 2007

_A. Cantu_, A.C.E. Coordinator

_J. Toney_, S.O.E.

Certificate of Completion

# Child Development

presented to

*Ray McCall*

at FCI Safford
November 2007

_____  _____
Kimberly Henderson, Parenting Coordinator    Jeff Toney, Supervisor of Education

Understanding child development takes the emphasis away from the child's character—looking at the child as good or bad. The emphasis is put on behavior as communication. Discipline is thus seen as problem-solving. The child is helped to learn a more acceptable manner of communication.

# Certificate of Completion

presented to

# Ray McCall

for the study of

# Ancient Civilizations

An Adult Continuing Education Course

December 6, 2006
in Safford, Arizona

*A. Cantu*, A.C.E. Coordinator

*J. Toney*, Supervisor of Education

# Certificate of Completion

Awarded to

## Ray McCall

For Completion of

### Arabic

May 31, 2006

_____
J. Toney, Supervisor of Education

_____
A. Cantu, A.C.E. Coordinator

# Certificate

In Acknowledgment of His Fulfillment of the Course Requirements of

## Taboo

this Certificate is hereby presented to

**Ray McCall**

at Safford, Arizona
January 30, 2007

_J. Toney_, Supervisor of Education

_A. Cantu_, A.C.E. Coordinator