IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>RAY LENAL MCCALL,<br><br>             Defendant. | Case No. 3:04-cr-0070-RRB<br><br>**ORDER DENYING MOTION<br>FOR RE-SENTENCING** |

Before the Court, at Docket 594, is Defendant with a Motion for Re-Sentencing regarding a crack cocaine offense. The Government opposed at Docket 596.

For the reasons set forth by the Government in its opposition, the Court hereby **DENIES** Defendant's motion. Defendant's sentence herein was entered pursuant to the parties' plea agreement and not the sentencing guidelines.

**IT IS SO ORDERED.**

ENTERED this 5th day of September, 2008.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE